## U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- [✓] Initial Appearance
- [ ] Complaint
- [ ] Indictment
- [ ] SSI
- [ ] Information
- [ ] Petition for Probation/Supervised Release action
- [ ] Preliminary Exam
- [ ] Detention Hearing
- [ ] Arraignment
- [ ] Motion Hearing
- [ ] Bond Hearing
- [ ] Arraignment on SSI

Case No. **1:21-mj-34**   USA v. **Joseph Lino Padilla**

**PRESENT:** Honorable **Susan K. Lee**   [ ] U.S. District Judge OR [✓] U.S. Magistrate Judge

**Kyle Wilson**
Assistant U.S. Attorney

**Lee Davis**
Attorney for Defendant
[ ] Appt. [✓] Retd [ ] Ltd. App.

**Kim Williams**
Probation Officer

**Courtney Camp**
Courtroom Deputy

Court Reporter

Interpreter(s)   [ ] **SWORN**

Digital Recording: Crtrm 1B [ ]   OR Crtrm 4 [✓]

**PROCEEDINGS:** [✓] DEFENDANT(S) SWORN    **DATES SET:**

- [ ] Financial affidavit(s) executed
- [ ] Court appointed attorney(s) under CJA
- [ ] Court may require deft(s) repay govt cost of atty(s)
- [ ] Defendant(s) waived appointment of attorney(s)
- [✓] Defendant(s) specifically advised of rights
- [ ] Deft advised of Rules 20, 5 FRCrP
- [✓] Deft executed waiver of Rule 5, 5.1 hearing
- [ ] Deft waived reading of indictment/information
- [ ] Indictment/Information read
- [ ] Deft pleads not guilty to counts_____
- [ ] Not guilty plea entered by Court on deft's behalf
- [ ] Deft. entered no plea

Detention hearing: _____

Preliminary exam: _____

Revocation hearing: _____

Arraignment: _____

OTHER: _____

Court ordered file [ ] sealed **OR** [ ] unsealed

**TESTIMONY BY:** _____

**OTHER MATTERS:**

Rule 5 out proceedings held.

I, Courtney Camp, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file Chat 1-20-cr-88_20210223_132925

**BOND**
- [✓] Govt. motion for detention without bond: [✓] granted [ ] denied
- [ ] Court ordered deft released on bond (see order setting conditions of release)

Amount:_____   Type: _____

Defendant ineligible for release on bond:_____

Deft [✓] remanded to custody of U.S. Marshal [ ] remained in custody [ ] remained on bond [ ] released on bond

Time: **3:02** to **3:24**   Date: **2/23/21**

rev 3/09