UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) EDTN Arresting Dist No. 1:21-mj-34-SKL |
| v. | ) Dist. of Columbia Charging Dist. |
| | ) No. 1:21-mj-0252 Judge Faruqui, Zia M. |
| JOSEPH LINO PADILLA | ) |

ORDER OF TEMPORARY DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Defendant was arrested in the Chattanooga Division of this Court and had his initial appearance before Susan K. Lee, United States Magistrate Judge, on February 23, 2021.

Upon motion of the government for detention of the defendant, and defendant's waiver of a detention hearing in this district, it is **ORDERED** that defendant be temporarily detained until his arrival in the U.S.D.C., District of Columbia at which time the United States Marshal will advise the appropriate clerk or judge of defendant's arrival so that a detention hearing and other appropriate proceedings may be set.

SO ORDERED:

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE